FILED'06 NOV 15 15:58 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CYNTHIA GLANSBEEK,
    Plaintiff,

CV# 06-238-PK

vs.

ORDER

JoANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3500.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. No costs or expenses are allowed

DATED this 15th day of November, 2006.

_____
United States Magistrate Judge

Presented by:

s/ Merrill Schneider
Schneider Law Offices
503-255-9092
of Attorneys for Plaintiff